The United States District Court of Maryland

| | | |
|---|---|---|
| Oliver Ricardo Coleman | * | Case Action Number: DLB-21-68 |
| v. | * | |
| Board of Education of | * | |
| Prince Georges County Maryland | * | FEB 2 4 2022 |

Exhausted Administrative Remedies

M▓▓▓ W▓▓▓ has a history of impairment in 3 schools in PGCS Free Appropriate Education in Jurisdiction who has a physical, mental or emotional impairment that substantially limits on or more major life activities 504 regulatory provision at 34 C.F.R 104 3(J)(2)(i) define physical or mental impairment or any physiological disorder of learning and working. This is not exhaustive.

See also Parker v. Franklin Cty, Cmty, Sch. Corp., 667 F.3d 910, 919 (7th Cir 2021) (finding Title IX claimants "need not exhaust administrative remedies before bring suit directly in court"); Brennan v. King, 139F.3d 258,268 n. 12 (1st Cir. 1998) ("[Section 504] derives its procedural requirements from Title VI, which does not have an exhaustion requirement."); Kling v. Los Angeles County, 633 F.2d 876, 879 (9th Cir. 1980) (concluding "the exhaustion of Title IX administrative remedies is not required before one files a private action")

Congress also provides a non-exhaustive list of activities disability, 34.C.F.R. 104.3S(c) requires schools to evaluate and test and also provide accommodations.

I Oliver R. Coleman, did not give anyone permission to close my case nor did I sign anything with Prince George's County Public Schools.

I had a phone conversation with a Special Education Teacher that said she would make sure my granddaughter is evaluated, and once testing was completed it was revealed that my granddaughter M▓▓▓ W▓▓▓ **DOES** in fact have a disability, as I have been saying all

along. She receives a check every month for her disability. She attends Highroad School. She now has earned better grades on her report card and is getting into less fights.

I feel before I demanded testing and evaluation that I was being discriminated against by the School system. I was getting the run around, the principal told me that my granddaughter **DID NOT** qualify for special education. In the Public School system each student qualifies for a Free Appropriate Public Education (FAPE).

Discrimination to programs Disabilities Act Amendment Act of 2008, federal idea funds. Section 504 is a federal statute administrative process through a federal court system. The Section 504 regulation does not require that you exhaust administrative remedies before filing a private lawsuit. M█████ W█████ is a qualified student and the school receives federal financial assistance.

## Substantial Dates

**February 9th, 2021** - Contacted OCR- Office of Civil Rights for U.S. Department of Education for failing to timely evaluate the student for 504 or updating IEP. Failing to implement her current 504 plan.

**(FACT FINDINGS)**

1. What are Maryland and Federal Laws governing the Education of Students was amended in 2004. Individuals with disabilities act (IDEA) Education Improvement Act Law (34 C.F.R Part 300) were promulgated in (IDEA) Regulation students receive special education and related services if they are between the ages of 3-21 meet definition of one more special education categories of disabilities specified of disabilities service. Federal Government funding level 40% of special education service. Federal Government. Federal Statues (Section 504) or Americans with Disabilities Act 42U.S.C.12101 et seq (ADA) eligible students qualify under Section 504, Maryland special education laws and regulation. Federal Laws in most instances, my granddaughter M██████ W██████ receives SSI, federal funds and has a learning disability through the Government Agencies, Doctors, Teachers, Psychologists and IEP and 504 in middle school tests. Her psychiatrist evaluation was done in 2021 through Prince George's Board of Public Schools, its Federal Statue that protect qualified individuals from DISCRIMINATION from entities receiving Federal Funding upon their disability under Section 504 and individuals with disabilities, physical or mental impairment including: Learning, Reading, Thinking, Communication or Behavioral Issues of a child, S-704 of family laws, of a child taking medication and refusing to evaluate a student for a long period of time. K.D. by J.D. and T.D.U Starri 64 DELR 107 LDM. 20141. Failure to provide a FAPE. I have been discriminated against by Prince County Public Schools. They failed to conduct determination of IEP and Section 504 of Students that have special issues, education and behavioral problems to include: fighting and failing almost all classes in 9th grade, passing my granddaughter with E & D's on her report card to the 10th grade. I ask the Court to investigate the issue in Prince George's County School Board of Education High School grading system. She passed to the 9th grade at Thurgood Marshall Middle School failing and missing about 35 days of school, she was smoking and fighting and was a child with special needs and needed help. She has a history of sexual abuse, child abuse before I was awarded custody of her in Maryland Courts.

1

I Oliver R. Coleman has history of Prince George's County Public Schools since 2019 I wrote a letter, showed doctor's report and called the office and spoke with the Secretary (301-952-6007) I sent a letter to Jacqueline R. Brown as Executive Assistant to Dr. Monica E. Golden and have dates of the last letter I sent January 8, 2021. She said she forward it to Michael Gilcrest as principle of Crossland High School, she said Dr. Ryan's is attached email mails reports. I told her on a phone conversation that being discriminated for not doing IEP or follow up with 504, and I will file lawsuit in Federal Court for passing a student my granddaughter M▮▮▮ W▮▮▮ with E's and D's. It is FRUAD. I suffered stress, sadness, depression and frustration for not getting any help from Prince George's County Public Schools. I sent a certified letter in 2021 to the Executive Officer for help no response.

1. M▮▮ W▮▮ doctor send letter to Prince George's County Public School December 8, 2020. Her treating psychiatrist for M▮▮ W▮▮ since 5 years old. Ask PGCPS to 504 Plan provides special education services and needs a smaller school setting, medication monitoring and counseling services.
2. Price George's County Public School Grade 9th 01-19-2021 assessment.
3. March 18, 2021 explain Special Education like set an Administrative Hearing Law Judge, I will not sign anything and like got my granddaughter out of Crossland High School, I feel being discriminated of my learning disability and my education.
4. Prince Georges County Public School IEP Meeting 01-04-2021.
5. Field Complaint with Maryland State Department of Education, March 2021, phone number (410-768-9100) wrote letter to them about my granddaughter's failing grades and missing school assignment and getting into fights.
6. Prince George's County Public Schools, math teacher report January 20, 2021 failing class 43%.
7. March 18th, 2021 Determination for Special Education Service and Staff.
8. December 8th, 2020 Medication of Medical History.
9. FRAUD – December 14, 2020 504 Plan Evaluation Date in the 9th grade.
10. Parent Request IEP Meeting on Zoom with PGCPS staff.
11. April 26, 2021 PGCPS Math teacher says she needs at least 65% to pass.

12. Maryland family resources therapist report: Gladys Payne @ 703-599-8400. October 19th, 2019 M▓▓▓▓ was diagnosed with (312.341563.81 Intermittent Explosive disorder and Major Depression. Recurrent episode, unspecified. Dear Judge, she went to Crossland High School to help my granddaughter with her education.
13. PGCPS – IEP Team meeting sign in sheet date of meeting June 11th, 2021.
14. Prince Georges County Public Schools June 11th pass to grade 10 with all E's and some D's, written notice PGCPS.
15. PGCPS – written notice said 504 plan there will be no evaluation assessment (DENIED)
16. PGCPS Resolution Agreement on March 16th, 2021. I Oliver R. Coleman did not sign contract. I emailed them saying I want a HEARING.
17. March 17th, 2021 PGCPS I Oliver R. Coleman requested a HEARING in front of a judge. I did not sign the contract. I was being discriminated by PGCPS for all they put me and my granddaughter through just trying to get my granddaughter a proper education. The school passed her even though she wasn't making passing grades THIS IS FRUAD.
18. Special Education State complaint form Part B, IDEA and COMAR 13A.05.01 FRAUD. And sign date February 2nd, 2021.
19. Adaya Powell central IEP team resource June 14th, 2021. Office 1400 Valley Terrace, Landover Maryland 20785. 301-678-8310
20. January 8th, 2021 PGPS Staff High School Meeting.
21. January 21st, 2022, Parent Rights Maryland Procedural Safeguard.
22. January 22nd, 2022, PGCPS IEP team special education, teacher and parent, principal and psychologist for PGCPS.
23. PGCPS – Written Notice for proposed or refuse and action refused by school system.
24. June 11th, 2021 IEP Team Evaluation
25. June 28th, 2021 Psychologist Maryland Disability Determination Services 9006 Woodyard Road, Clinton, Maryland. (301-751-2838)
26. August 6th, 2021, HIGHROAD Report Card, 3.0 GPA Grade Summer School.
27. June 11th, 2021, IEP Goals at HIGHROAD School.
28. Court Order Case Number: CAD15-12922 Custody Order of my Granddaughter.

29. March 20, 2021 Disability Rights of Maryland.
30. May 17th, 2021 PGCPS, Written Notice pass grade order finding that staff considered finding and M▆▆▆ was not eligible for Special Education Services.
31. April 22nd, 2021 Basics group practices examiner John Patton, PSY. D. at 7610 Pennsylvania Ave, Suite 203, Forestville Maryland 20747. 301-420-1973

**EXHAUST ADMINISTRATIVE REMEDIES**

March 8th, 2021, I Oliver R. Coleman filed with the Office of Administrative Hearings and filed a private lawsuit in Federal Court because my attorney Gail B. Views, March 19th 2021 filed to have my case dismissed and wrote several government agencies for help. Docket MSDE-PGEO-OT-05541 and someone from Special Education called me about my granddaughter and refused IEP 504. I wrote to Judge J. Leidig, Executive Administrative said captioned cases is closed. I filed numerous documents and attachments with pictures and information about this case. I wrote to staff members about my granddaughters' education, accommodations, administrative laws, exhaustion of administrative remedies for individuals with disabilities.

Goal Special Education Governed Act. 20. 1412-1414, 34 C.F.R 302, Rowley, 458 U.S. at 203 IEP and placement participate in regular education program. COMAR 13 A. O.5. ??? Supreme Court, Children should not be left behind or getting the proper education. They should not be denied services. This is a federal issue. PGCPS is funded by federal funds.

The Court stated clear direction to the contrary by Congress the Federal Courts have power to award any appropriate relief in a cognizable cause, brought pursuit to a federal statue (Franklin 503 U.S. at 70-71 Loeffler v. Staten Island University Hospital, 582 F3d. 268 ??? Section 504 permits all remedies under Title VI Civil Rights Act of 1964 including monetary damages, HORNER v. KY High School violation 690 (6th Cir 2000) Statues enacted by Congress pursuant to its spending power should damages liability for litigation Adam v. Richardson 365 F. Supp. 92 (D.D.C 1973) prof of discrimination entitled to involved alleging Section 903 of the restatement (second) of Torts (1979) defend compensatory damages awarded to a person for bodily harm and emotional distress 901-932 Barati v. Metro -N-PR. 939 F. Supp 2 d 143, emotional distress. Status Franklin. 503 U.S. at 70-71 see also Park v. Franklin Cty Cmty Seh, Corp 667-F3d 910-

919 7th Cir (2012) finding Title _ Claimant need not exhaust Administrative Remedies before bringing suit directly to court. Brennan v. King 139 f 3d F2d 876, 879, 9th Cit 1980 Concluding the Exhaustion of Title IV Administrative Remedies is not required before one files a private action against PGCPS for FRAUD of their staff for refusal of IEP and 504, and changing dates, no leadership, no direction for parents, no help in filing my complaint, closing my case, fraudulent acts. I have facts, statements, emails, letters, documents where I reached out for help for my granddaughter. PGCPS has a history of refusing to test children because it takes time and money.

I have been dealing with PGCPS for years. I am fighting for my constitutional rights, and my freedom of speech. PGCPS is notorious for refusing to help students to get an education. PGCPS refused to accommodate my granddaughter and it wasn't until I filed in court that they were motivated to do anything to help her. They refuse to test my granddaughter. They refused to evaluate her. They continued to pass her to the next grade with failing grades. The entire school system is faulty and fraudulent. I ask the court to award damages for not properly educating my granddaughter with a disability.

Certificate Service

I hereby certify that on February [?], 2022, a copy of Motion to Grant was mailed Certified First-Class postage prepaid to:

Edmond J. O'Meally

Pessin Katz Laws

901 Dulaney Road, Suite 500

Townson, Maryland 21204

Counsel for Defendants

Respectfully Submitted,

*Oliver Richard Coleman* (signature)

Oliver Richard Coleman

3713 Crystal Lane

Temple Hills, Maryland 20748